United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50522
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMAS GARDEA-CALLEROS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1783-ALL-H
--------------------

Before  KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Tomas Gardea-Calleros, federal inmate # 11508-180, appeals
from the denial of his motion for reconsideration of his sentence
which the district court construed as a motion for reduction
of sentence.  He argues that the Government improperly relied
on his prior deportation as an element of his offense under
8 U.S.C. § 1326 because that prior deportation was the result of
a due process violation.  Because the district court was without
authority to modify the imposed term, the denial of the motion

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for a sentence reduction is AFFIRMED.  See United States

v. Bridges, 116 F.3d 1110, 1112 (5th Cir. 1997).